# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FRANKLIN DELANO FLOYD,

    Plaintiff,

v.                              CASE NO.  4:05cv344-RH/WCS

UNKNOWN,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 11), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "This action is DISMISSED without prejudice."  The clerk shall close the file.

    SO ORDERED this 9th day of February, 2006.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge